## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARA ROWLAND, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-1495 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Patricia L. Dodge |
| HELEN OF TROY LTD., ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


February 14, 2023                              s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge


cc (via ECF email notification):

All Counsel of Record